

# Statement

**PIERSIDE Boatworks**

1300 Pierside St. Pier J
North Charleston, SC 29405
(843) 554-7775

| Bill To |
|---|
| Larry Elam |
| 1428 Dennis Blvd. |
| Moncks Corner, SC 29461 |
| |
| 843-514-2513 |

| Amount Due | Amount Enc. |
|---|---|
| $35,552.40 | |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 12/30/2009 | Balance forward | | 0.00 |
| 03/09/2010 | INV #1879. | 1,387.25 | 1,387.25 |
| 03/11/2010 | INV #1895. | 1,284.45 | 2,671.70 |
| 03/18/2010 | PMT | -2,671.70 | 0.00 |
| 04/06/2010 | INV #1984. rev storage 6/1 no pay | 13564.20 | 13,564.20 |
| 05/01/2010 | INV #FC 24. Late fee rev 6/1 | 1,356.42 | 14,920.62 |
| 06/01/2010 | INV #FC 26. Finance Charge | 223.90 | 15,144.52 |
| 07/01/2010 | INV #FC 28. Finance Charge | 227.17 | 15,371.69 |
| 08/01/2010 | INV #FC 30. Finance Charge | 230.58 | 15,602.27 |
| 09/01/2010 | INV #FC 32. Finance Charge | 234.04 | 15,836.31 |
| 10/01/2010 | INV #3059. | 8,003.75 | 23,840.06 |
| 10/04/2010 | INV #FC 34. Finance Charge | 357.61 | 24,197.67 |
| 11/01/2010 | INV #FC 43. Finance Charge | 362.97 | 24,560.64 |
| 12/01/2010 | INV #FC 57. Finance Charge | 368.41 | 24,929.05 |
| 01/03/2011 | INV #3114. Storage / Fees | 9,724.00 | 34,653.05 |
| 01/03/2011 | INV #FC 58. Finance Charge | 373.94 | 35,026.99 |
| 02/03/2011 | INV #FC 61. Finance Charge | 525.41 | 35,552.40 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 525.41 | 0.00 | 10,097.94 | 368.41 | 24,560.64 | $35,552.40 |

# Exhibit D



# INVOICE

| Date | Invoice # |
|---|---|
| 1/3/2011 | 3114 |

1300 Pierside St. Pier J
North Charleston, SC 29405
843-554-7775

**P.O. No.**

**Bill To**
Larry Elam
1428 Dennis Blvd.
Moncks Corner, SC 29461

843-514-2513      843-771-5845

**Date Due**  1/3/2011

**Amount Due**  $9,724.00

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 181 | Short Term Daily Storage, 1.00 ft/day x 50ft= $50 day Jan 2011- June 30, 2011 | 50.00 | 9,050.00 |
| 6 | Furniture Storage, $50 per month Jan 2011 through June 30, 2011 | 50.00 | 300.00 |
|  | Subtotal |  | 9,350.00 |
|  | Environmental Impact Fee @ 4% of Invoice | 4.00% | 374.00 |

We appreciate your business and hope you'll keep Pierside in mind for your service needs!

| Subtotal | $9,724.00 |
|---|---|
| Sales Tax (7.5%) | $0.00 |
| **Total** | **$9,724.00** |

Customer Signature: _____

Invoices outstanding more than 10 days are subject to a 1.2% finance fee per month.
Past due storage accounts are also subject to late fees as per rental agreement.



# INVOICE

| Date | Invoice # |
|---|---|
| 10/1/2010 | 3059 |

1300 Pierside St. Pier J
North Charleston, SC 29405
843-554-7775

**P.O. No.**

**Bill To**
Larry Elam
1428 Dennis Blvd.
Moncks Corner, SC 29461

843-514-2513     843-771-5845

**Date Due**  10/1/2010

**Amount Due**  $8,003.75

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 111 | Short Term Daily Storage, 1.00 per foot, per day x 50ft = 50 day. September 11, 2010 through December 31, 2010 | 50.00 | 5,550.00T |
| 4 | Furniture Storage in container, $50 per month September 2010 through December 2010 | 50.00 | 200.00T |
| 6 | Check on boat daily while in water, per Neil Haynes insurance rep. Check for leaks, monitor water level in bilge. (No increase) Mar 11 trough 22 | 87.50 | 525.00 |
| 9 | Check on boat monthly, per ins. rep. Pump water from bilge, etc. Remove plug so no waster accumulates March through December | 87.50 | 787.50 |
| 1.5 | Secure and lock up cabin. | 87.50 | 131.25 |
| 1 | Unlock boat for access on several occasions (per owner) for insurance consultants, Bank reps, & salvage company | 87.50 | 87.50 |
|  | Subtotal |  | 7,281.25 |
|  | Environmental Impact Fee @ 4% of Invoice | 4.00% | 291.25 |

We appreciate your business and hope you'll keep Pierside in mind for your service needs!

| Subtotal | $7,572.50 |
|---|---|
| Sales Tax (7.5%) | $431.25 |
| **Total** | **$8,003.75** |

Customer Signature: _____

Invoices outstanding more than 10 days are subject to a 1.2% finance fee per month.
Past due storage accounts are also subject to late fees as per rental agreement.



# INVOICE

| Date | Invoice # |
|---|---|
| 4/6/2010 | 1984 |

1300 Pierside St. Pier J
North Charleston, SC 29405
843-554-7775

**P.O. No.**

**Bill To**
Larry Elam
1428 Dennis Blvd.
Moncks Corner, SC 29461

843-514-2513     843-771-5845

**Date Due** 4/6/2010

**Amount Due** $13,564.20

| | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| 1 | 50 | Haul out and block boat | 10.00 | 500.00 |
| 2 | 50 | Pressure wash | 3.75 | 187.50 |
| 3 | 185 | Daily Storage March 10-September 10 (185 days) @ $1.00/ft/day or $50.00- Note: can be reduced with pre-payment | 50.00 | 9,250.00 |
| 4 | 6 | Furniture Storage March 10 - September 10. $50.00/month | 50.00 | 300.00 |
| 5 | 27 | Prepare estimate for insurance company. Get parts numbers for equipment on boat. Work on estimate details, gather pricing, information. Locate all components on the vessel and estimate replacement time. | 85.00 | 2,295.00 |
| 6 | 6 | Check on boat monthly, pump water from bilge, etc. March through September | 85.00 | 510.00 |
| | | Subtotal | | 13,042.50 |
| | | Environmental Impact Fee @ 4% of Invoice | 4.00% | 521.70 |

We appreciate your business and hope you'll keep Pierside in mind for your service needs!

| | |
|---|---|
| Subtotal | $13,564.20 |
| Sales Tax (7.5%) | $0.00 |
| **Total** | **$13,564.20** |

Customer Signature: _____

Invoices outstanding more than 10 days are subject to a 1.2% finance fee per month.
Past due storage accounts are also subject to late fees as per rental agreement.